EXHIBIT C

**PHONE CALL**

FOR Judge Kornman  DATE 5/10  TIME 2:12 P.M.

M Steve Houghtaling

OF

PHONE 605-222-2391

MESSAGE

SIGNED Barb Paepke

[X] PHONED
[X] PLEASE CALL